once, when they, unarmed, had unexpectedly met with him, he kept them off by fire-arms. He generally went prepared for action. On this occasion he was taken by surprise. Two guns were found in his room, but they were both unloaded. Johnson is a well-set, active man, a very determined fellow, and said to be long versed in this kind of traffic.

THE PRESIDENT, DIRECTORS, AND COMPANY OF THE FARMERS' AND MECHANICS' BANK OF DELAWARE v. WILLIAM POLK, THOMAS TOWNSEND, WILLIAM MOORE, JR., PETER G. WOOTTEN, ISAAC COOPER, HENRY BACON, and GEORGE PARKER and NANCY, his Wife, late Nancy Moore, Administrators of Solomon Moore.

Court of Chancery. Sussex. July 19, 1821.

*Ridgely's Notebook III, 374.*

JAMES DERICKSON et al. v. WILLIAM A. CAMERON et al.

Court of Chancery. Sussex. July 23, 1821.

*Ridgely's Notebook III, 386.*